SAMUEL ROSENBLUETH v. N. V. NEDERLANDSCH AMERIKAANSCHE STOOMVAART MAATSCHAPPIJ, Sued Herein as HOLLAND AMERICA LINE.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

PAULINE C. COSTER v. O. DELANCEY COSTER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MORRIS PLAN INDUSTRIAL BANK OF NEW YORK v. EAGLE STAR INSURANCE COMPANY, LTD.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DIANA KRONBERG v. EDWARD S. ROTHCHILD and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BENJAMIN KURTZMAN v. SADIE S. MORGENSTERN, Sued Herein as SADIE B. MORGENSTEIN, and OTIS ELEVATOR COMPANY.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFREDO S. G. TAYLOR and Others v. WILLIAM S. MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SAMUEL GUTACH v. THE CITY OF NEW YORK, Impleaded with EAST 175TH STREET BUS SERVICE, INC.— Motion for leave to appeal to the Court of Appeals and for a stay pending such appeal denied, with ten dollars costs. Motion for a stay pending the granting or final refusal of leave to appeal by the Court of Appeals granted upon condition that appellant within five days after date of order file the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HERMAN S. WHALEY for a Peremptory Mandamus Order or in the Alternative for an Alternative Mandamus Order against FRIEDA S. MILLER, Individually and as Industrial Commissioner of the New York State Department of Labor.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

OLAF JORGENSEN and Others v. STANDARD OIL COMPANY OF NEW JERSEY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of ROSE KRAPP and Others against PAUL J. KERN, as President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.